IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DORIS BARBER, | CIVIL ACTION NO: 06-1713 |
| Plaintiff, | Judge Gary L. Lancaster/ Magistrate Judge Lisa Pupo Lenihan |
| vs. | |
| THE PENNSYLVANIA STATE POLICE, COL. JEFFREY B. MILLER, and TPR. DOUGLAS R. MAXWELL | |
| Defendants. | |

## STIPULATION OF VOLUNTARY DISMISSAL

AND NOW, comes the Plaintiff, Doris Barber, and by her attorneys, Shenderovich, Shenderovich & Fishman, P.C. and Craig L. Fishman, Esquire, files the following Stipulation of Voluntary Dismissal:

The Plaintiff hereby stipulates to a voluntary dismissal of this matter, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Respectfully Submitted,

By: /s/ Craig L. Fishman
Craig L. Fishman, Esquire
PA I.D. #58753

SHENDEROVICH SHENDEROVICH
& FISHMAN, P.C.
429 Fourth Avenue, Suite 1600
Pittsburgh, PA 15219
P: (412) 391-7610

Stipulated to by: /s/ Robert A. Willig
Robert A. Willig, Esquire
Attorney for Defendants

Office of the Attorney General
Manor Building
564 Forbes Avenue
6th Floor
Pittsburgh, PA    15219

SO ORDERED, this 7th day of May, 2008.

_____
Gary L. Lancaster, U.S. District Judge

2